IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID JONES,

      Plaintiff,                      Case No. C-3-04-005

vs.                                    JUDGE THOMAS M. ROSE

MONTGOMERY COUNTY
DISTRICT ATTORNEY, et al.,

      Defendant.

_____

**ORDER**
_____

      The Court has reviewed de novo the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #37) to whom this case was originally referred pursuant to 28 U.S.C. Section 636(b), and noting that no timely objections were filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

      Accordingly, the Court ORDERS that:

1. The Report and Recommendations filed on February 7, 2005 (Doc. #37) is ADOPTED in full:

2. Plaintiff's Complaint and Amended Complaint is DISMISSED as to named Defendants, Mayor Rhine McLin, Chief of Police, Julian K. Davis, the Montgomery County Probation Department and the City of Dayton.

June 9, 2005                        s/**THOMAS M. ROSE**

                                                _____
                                                JUDGE THOMAS M. ROSE
                                                UNITED STATES DISTRICT COURT