# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DAVID JONES, | : | |
| Plaintiff, | : | Case No. 3:04CV005 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| MONTGOMERY COUNTY DISTRICT ATTORNEY, *et al.*, | : | |
| | : | |
| Defendants. | | |
| | : | |

## ENTRY AND ORDER

The Court has reviewed *de novo* the Report and Recommendation filed on November 27, 2006 (Doc. #67) by United States Magistrate Judge Sharon L. Ovington, to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations (Doc. #67) is ADOPTED in full, and Plaintiff's claims against the remaining Defendants are DISMISSED; and

2. The case is terminated on the docket of this Court.

December 14, 2006                                **s/THOMAS M. ROSE**

                                                                        Thomas M. Rose
                                                                    United States District Judge